**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ALBERT MARCHMAN,

    Plaintiff,

v.                                                Case No: 8:15-cv-1306-T-30EAJ

ST. ANTHONY'S HOSPITAL, INC.,

    Defendant.

_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint and for Additional Sanctions for Plaintiff's Non-Compliance with the Court's A.D.A. Scheduling Order (Dkt. 16). The Motion states, in relevant part, that Plaintiff failed to appear at the Court-ordered mediation. Plaintiff, who is now proceeding in this action *pro se*, failed to file any response to the Motion. On October 14, 2015, the Court entered an Order to Show Cause (Dkt. 17) that directed Plaintiff to file a response to Defendant's Motion to Dismiss within eleven days. Notably, the Order to Show Cause states: "If Plaintiff does not respond, the Court will assume [Defendant's Motion] is unopposed and dismiss the case without further notice." To date, Plaintiff has not responded to Defendant's Motion or this Court's Order to Show Cause within the allotted time period. Accordingly, it is

    ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint and for Additional Sanctions for Plaintiff's Non-Compliance with the Court's A.D.A. Scheduling Order (Dkt. 16) is granted to the extent that this case is dismissed without prejudice.

2. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-1306 dismissal.docx